# UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

UNITED STATES OF AMERICA

V.

BRENT W. FARRIS

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 08-0MJ-00140-DLW

CHARGING DISTRICTS 07-CR-177-SEC District of
CASE NUMBER: Wyoming

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ District of _____ Wyoming _____ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the    Mammoth Hot Springs, Yellowstone, Wyoming
*Place and Address*

Court, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) Mammoth Hot Springs, Yellowstone, Wyoming    on October 14, 2008 @ 10:00 a.m .
*Date and Time*

*Signature of Judge*

September 26, 2008
*Date*

David L. West, U. S. Magistrate Judge
*Name and Title of Judge*